## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re:                                          Case No. 16-02182-FPC13

MANUEL SAILE YBANEZ, II,             **NOTICE OF HEARING**

                        Debtor.

TO:   Debtor
      Debtor's counsel
      Chapter 13 Trustee
      U.S. Trustee
      Shadi Ghaith Inc.


   PLEASE TAKE NOTICE that a hearing on the Application for Payment of Unclaimed Funds (ECF No. 98) filed by Shadi Ghaith Inc. is scheduled for hearing on **May 11, 2021 at 11:00 a.m. by telephone conference call to (509) 353-3183 before the Honorable Frederick P. Corbit.**

      DATED:  April 30, 2021

                                    Clerk, U.S. Bankruptcy Court
                                    /s/Jolene Britton
                                        Deputy Clerk



      NOTICE OF HEARING