**So Ordered.**

**Dated: June 22nd, 2021**



Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 16-02182-FPC13 |
|---|---|
| MANUEL SAILE YBANEZ, II, | **ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS** |
| Debtor. | |

THIS MATTER came before the Court on Shadi Ghaith Inc.'s Application for Payment of Unclaimed Funds (ECF No. 98) in the amount of $51,870. The Court reviewed the files and records herein, heard from Kevin Swartz, attorney for the Debtor, and Mike Todd on behalf of the Chapter 13 Trustee's office, and was fully advised in the premises.

The Court finds that Dr. Ybanez and Mr. Ghaith had notice of the June 22, 2021 hearing on the Application for Payment of Unclaimed Funds, but neither individual attended the hearing. As a result of the absence of both Dr. Ybanez and Mr. Ghaith, the Court is unable to determine the parties' relationship to one another, the reasons that justify the substantial fee requested by Mr. Ghaith, or to determine how Dr. Ybanez's share of the funds will be distributed to him. Therefore,

IT IS ORDERED: The Application for Payment of Unclaimed Funds (ECF No. 98) is **DENIED.**

///End of Order///

ORDER DENYING APPLICATION FOR UNCLAIMED FUNDS