| | |
|---|---|
| Fill in this Information to identify the case: | |
| Debtor 1 | Manuel li Ybanez |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: Eastern District of Washington (State) | |
| Case number: 16-02182 | |

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 51,870 |
|---|---|
| Claimant's Name: | Manuel Ybanez, li |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 500 S. 11th St.<br>Sunnyside WA 98944<br>509-572-8034<br>manuelliybanez1962@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [ ] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [✔] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [✔] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **4. Notice to United States Attorney** | |

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney<br>
_____Eastern_____ District of __Washington__<br>
920 W Riverside Ave. #300<br>
Spokane, WA 99201

### 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 12/19/2022

_Julie Pendleton_
Signature of Applicant

Julie Pendleton
Printed Name of Applicant

Address: 601 Union Street
Seattle, WA 98101

Telephone: 2068468902

Email: JuliePendletonlawyer@gmail.com

### 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address: _____

Telephone: _____

Email: _____

### 6. Notarization
STATE OF __Washington__
COUNTY OF __King__

This Application for Unclaimed Funds, dated __12/19/2022__ was subscribed and sworn to before me this __19__ day of __December__, 20__22__ by
_Julie Pendleton_

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _JENNIFER GARLAND_ [signature]

My commission expires: _____

JENNIFER GARLAND
Notary Public
State of Washington
License Number 335858
My Commission Expires
December 09, 2023

### 6. Notarization
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by
_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public_____

My commission expires: _____

# Lasher Holzapel Spery & Ebberson, Pllc
601 Union Street, Seattle, WA 98101

## ASSIGNMENT OF INTEREST IN UNCLAIMED FUNDS

THIS AGREEMENT entered into this 12th day of December, 2022 by and between Julie Pendleton, Managing Member of Lasher Holzapel Spery & Ebberson, Pllc (hereinafter referred to as "Assignee" ) and whose current address is 601 Union Street, Seattle, WA 98101, and Manuel Ibanez, Ii (hereinafter referred to individually as "Assignor") and whose current address 500 S. 11th St. Sunnyside, WA 98944
WHEREAS there has been a filing of a bankruptcy case and real estate property was sold or unclaimed funds remain due to a non-exemption, or a creditor claim. The Assignor believes she has a right to the Unclaimed funds.

WHEREAS, Assignee agrees to pay all fees, and costs incurred for and related to the recovery of the Unclaimed funds ONLY if proceeds are collected.

THEREFORE, Assignor and Assignee do hereby covenant, promise, and agree as follows:

1. **Conveyance.** Assignor does hereby convey, transfers and assigns any and all rights, title, interest, and claims, including but not limited to, all statutory rights to any Unclaimed funds resulting from the bankruptcy case located at:

    United States Bankruptcy Court Eastern District of Washington
    Debtor- Manuel Ybanez, Ii
    Case no. 16-02182

2. **Rights Given.** By this Assignment, the Assignor assigns to the Assignee the right to bring any action, application or otherwise to enforce collection or release of the Unclaimed funds, including any and all interest that may accrue, and attorney's fees and costs pursuant any available law or rule, and Assignee assigns the right to obtain any order in Assignor's name and to receive payment of the Unclaimed funds in Assignors' name.

3. **Collection of Surplus funds.** Assignee hereby agrees to attempt within the best of its abilities to collect the Unclaimed funds. If Assignee collects any Unclaimed funds, Assignee shall pay Assignor the remaining balance after subtracting all service fees.
4. **Fees.** Lasher Holzapel Spery & Ebberson, Pllc fees are 30% of the unclaimed fund balance recovered.

5. Confidentiality and Exclusivity. Assignor and Assignee agree they will not release any information regarding this agreement to anyone except as required by law. Assignors also agree that they will not sign any agreement with any other person or entity for the recovery of Unclaimed funds.

6. Representation of Assignor. The assignor represent and state that: a) the case was filed b) The Trustee issued funds into the court registry to Assignor; c) everything represented by the Assignors is true and correct; and, d) Assignor is the person entitled to the Surplus funds; e) Assignors will cooperate fully with Assignee and her efforts to obtain the funds, and will do nothing to hinder them; f) That should the Surplus funds prove unobtainable for any reason, Assignor owes nothing.

7. Representation of Assignee. Assignee represents it will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.

**THIS IS AN IMPORTANT, LEGAL AND BINDING DOCUMENT. DO NOT SIGN THIS ASSIGNMENT UNLESS YOU COMPLETELY UNDERSTAND IT.**

<u>Manuel Ybanez, Ii</u>

Signature: *Manuel Ybanez*

Telephone: 509-572-8034

Email: manuelliybanez1962@gmail.com

<u>Lasher Holzapfel Sperry & Ebberson, Pllc</u>

*Julie Pendleton*

By: Julie Pendleton, Managing Member
Email: juliependletonlawyer@gmail.com

# LIMITED POWER OF ATTORNEY

I, Manuel Ybanez, Ii hereby appoint Lasher Holzapfel Sperry & Ebberson, a Washington limited liability company, and Julie Pendleton, its Managing Member, (the "Company")as my lawful attorney and Agent (the "Agent") for me and in my name and stead, and for my use and benefit to claim Assets held for me by the United States Bankruptcy Court Eastern District of Washington(the "Assets"), giving and granting unto the Company, my said attorney in fact and Agent, full authority and power to exercise or perform any act, power, duty, right or obligation whatsoever that I now have or may hereafter acquire, relating to the Assets as fully as I might or could do if personally present, including but not limited to any request by the Company as my Agent or the
Company's Attorney-at-Law to the then holder of the Assets for the direct transmission to and receipt of the Assets paid to the Company and later disbursement to me in accordance with the outstanding Agreement between the Agent and me.

This Power of Attorney will cease twelve (12) months from date hereof.

IN WITNESS WHEREOF, I have signed this Power of Attorney this 12th day of December 2022 and I direct that photographic copies of this Limited Power of Attorney be made, which shall have the same force and effect as an original.

Signed ___12th___ this ___December___ day of 2022

___/s/ Manuel Ybanez___

Manuel Ybanez, Ii

SUBSCRIBED AND SWORN TO BEFORE ME this __12__ day of __December__ 2022

County of ___King___

State of ___Washington___

Date of Commission Expires: __12/09/2023__

> JENNIFER GARLAND
> Notary Public
> State of Washington
> License Number 335858
> My Commission Expires
> December 09, 2023

___/s/ Jen Gee___
Notary Public

Dec 19, 2022

U.S. Bankruptcy Court Eastern District of Washington
PO Box 2164
Spokane, WA 99201

RE: Manuel Ibanez, Ii - Case -16-81278
Applicant for unclaimed funds
Unclaimed funds- $51,870.00

My name is Julie Pendleton of Lasher Holzapfel Sperry & Ebberson, Pllc in Washington and I am the claimant for the above-mentioned matter. I am enclosing to you the application for payment of unclaimed funds and the supporting documents.
I'm kindly asking you to review this application for processing and please let me know if any additional documents are needed.

Regards,

Julie Pendleton
Lasher Holzapel Sperry & Ebberson, Pllc
juliependletonlawyer@gmail.com


Enclosures
CC: Office of the United States Attorney Eastern District of Washington